# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO.06CR2563-JM |
| ) | |
| Plaintiff, ) | ORDER |
| ) | |
| v. ) | |
| ) | |
| PEDRO GONZALEZ, JR. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS FURTHER ORDERED THAT the sentencing hearing date scheduled for February 1, 2008 at 9:00 a.m., is now vacated.

IT IS FURTHER ORDERED THAT defendant shall appear on **March 28, 2008 at 9:00 a.m.** for sentencing hearing for this matter.

DATED: January 31, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge